**Order filed October 15, 2014.**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-14-00600-CV**

_____

**IN RE LARRY TAYLOR, IN HIS OFFICIAL CAPACITY AS STATE SENATOR FOR DISTRICT 11, Relator**

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**212th District Court**
**Galveston County, Texas**
**Trial Court Cause No. 14CV0395**

## ORDER

On July 24, 2014, relator Larry Taylor, in his official capacity as State Senator for District 11, filed a petition for writ of mandamus, asking this court to compel the Honorable Bret Griffin, presiding judge of the 212th District Court of Galveston County, to vacate an order that denied relator's motion to quash a

deposition subpoena and subpoena duces tecum or for a protective order, and that granted a motion to compel the deposition of relator.

The materials provided by relator in support of his petition indicate that the trial in the underlying litigation was scheduled for a date that has passed. Accordingly, we **ORDER** relator to file a letter with this court within 14 days of the date of this order explaining the current status of the underlying litigation and the challenged order, including whether trial has occurred and, if not, the scheduled trial date and any discovery deadlines.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Donovan and Brown.